Case: 1:22-mj-00097
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/3/2022
Description: COMPLAINT W/ ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen A Walker, having been first duly sworn, do hereby depose and state as follows:

1.      I have been a Special Agent with the FBI since 2021. As a Special Agent with the FBI, I have participated in multiple narcotics investigations and arrests for violations of Title 21, United States Code.  These investigations have involved debriefing defendants, witnesses, and informants, conducting surveillance, executing search warrants, seizing narcotics and narcotics-related assets, and making arrests for narcotics-related offenses. I have received specialized training on the subject of narcotics trafficking and money laundering from the FBI, including but not limited to the means and methods used by narcotics traffickers to import and distribute narcotics, drug smuggling methods, and the concealment and laundering of proceeds from illicit drug trafficking activities. As a result of my training and experience, I am familiar with the manner in which various types of illegal drugs are cultivated, manufactured, smuggled, distributed, or diverted, as well as the methods used to finance drug transactions and launder drug proceeds.

2.      Prior to being employed with the FBI, I was employed in local law enforcement for over 10 years in the State of North Carolina.  During my employment in local law enforcement, I investigated numerous drug related offenses.  These investigations included obtaining search warrants for drug related incidents, making drug-related arrests, conducting surveillance, and being a member of a drug-interdiction team that operating on Interstate 95.

3.      Since November 2021, Agents from the Washington Field Office have been actively investigating a supplier of cocaine FUNU LUNU known as CASTOR.  Information has been collected to believe CASTOR distributes cocaine from Guatemala to the United States. It is believed that CASTOR has distributed illegal substance throughout the DC Metropolitan area.

4.      This affidavit is being submitted in support of a complaint for the arrest of VICTOR AUGUSTO GUERRA JUAREZ (hereinafter referred to as "GUERRA JUAREZ") for possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1) and 841(b)(1)(C).

5.      The facts listed in the affidavit are known personally to me, or have been provided to me by other law enforcement officers participating in the investigation.   This affidavit is provided solely for the purpose of establishing probable cause to arrest GUERRA JUAREZ. Accordingly, this affidavit does not contain all of the facts known to me and other law enforcement officers concerning this investigation.

## PROBABLE CAUSE

6.      In November 2021, Agents used a Confidential Human Source (CHS) to conduct a purchase of suspected cocaine coordinated by CASTOR.   Since this initial purchase, the CHS has been in contact with CASTOR.   The CHS, after speaking with CASTOR, arranged to have at least 1 kilogram of cocaine delivered to the DC Metropolitan area.

7.      Between April 30 and May 1, 2022, CHS received WhatsApp phone calls from the subject known as CASTOR.   CASTOR informed the CHS half of a kilogram of cocaine would be delivered to Maryland on May 2, 2022.   On May 2, 2022, CHS received a phone call from the subject known as CASTOR.   CASTOR informed the CHS a courier would be contacting him.   On May 2, 2022, the CHS received a WhatsApp phone call from an unknown subject.   The unknown subject agreed to meet with the CHS at a predetermined location in Washington D.C.   The unknown subject informed the CHS he was driving a red Toyota Rav4.

8.      Once the CHS parked beside the Rav4 at the predetermined location, the CHS exited his

vehicle and entered the front passenger seat of the Rav4.  The CHS exited the unknown subject's vehicle and provided the Agents on scene with an affirmative signal that the suspected cocaine was located inside of the Toyota Rav4.  The unknown subject was taken into custody after he exited the driver's seat of the Toyota Rav4.  This subject was later identified as VICTOR AUGUSTO GUERRA JUAREZ.  Once Agents approached the vehicle, a white powdery substance was located inside of two dark clear plastic bags, which were inside of a gift bag, on the front passenger's seat of the vehicle.  This substance later field tested for Cocaine HCL and weighed 435.4 grams.

9.      Based upon the foregoing information, your affiant respectfully submits that probable cause exists to charge VICTOR AUGUSTO GUERRA JUAREZ possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1) and 841(b)(1)(C).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

STEPHEN A. WALKER, Special Agent
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd of May 2022.*

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE